Kenneth W. ELKINS, Respondent,

v.

DIRECTOR OF REVENUE, State of Missouri, Appellant.

No. WD 36896.

Missouri Court of Appeals, Western District.

Feb. 11, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied March 27, 1986.

Robert Davis Aulgur, Asst. Atty. Gen., Jefferson City, for appellant.

Edward Heller, Kansas City, for respondent.

Before CLARK, C.J., and TURNAGE and KENNEDY, JJ.

ORDER

PER CURIAM.

Appeal by the Director of Revenue from a judgment of the circuit court ordering that driving license be reinstated.

Judgment affirmed. Rule 84.16(b).

All concur.

STATE of Missouri, Respondent,

v.

Ronnie E. TROTTER, Appellant.

No. WD 36492.

Missouri Court of Appeals, Western District.

Feb. 11, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied March 27, 1986.

James L. McMullin, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before DIXON, P.J., and MANFORD and NUGENT, JJ.

ORDER

PER CURIAM:

Direct appeal from a jury conviction for murder, first degree, in violation of § 565.003, RSMo 1978 [1], and armed criminal action, in violation of § 571.015, RSMo 1978.

Judgment affirmed. Rule 30.25(b).

---

1. Section 565.003, RSMo 1978, was repealed in 1983 by S.B. No. 276, § 1, effective July 1, 1984, subsequent to the events herein.